ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 938-1510
Facsimile: (702) 938-1511
rphillips@psalaw.net
mwessel@psalaw.net
lrobinson@psalaw.net

*Attorneys for Defendant
Sam's West Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL GARTNER, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC. a Foreign Corporation d/b/a SAM'S CLUB; DOES I -X; and ROE CORPORATIONS I-X, inclusive,<br><br>        Defendants. | Case No.: 2:20-cv-00896-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear their

. . .

. . .

. . .

. . .

. . .

. . .

. . .

party's own costs and attorney's fees.

DATED this 8th day of December, 2020.   DATED this 16th day of December, 2020.

**HICKS & BRASIER**   **PHILLIPS, SPALLAS & ANGSTADT LLC**

_____   _____
STEVEN M. ROGERS, ESQ.   ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 10975   Nevada Bar No. 14411
HICKS & BRASIER, PLLC   MEGAN E. WESSEL, ESQ.
2630 S. Jones Blvd.   Nevada Bar No. 14131
Las Vegas, NV 89107   LATISHA ROBINSON, ESQ.
　   Nevada Bar No. 15314
　   504 S. 9th Street
　   Las Vegas, NV 89101

*Attorneys for Plaintiff*   *Attorneys for Defendant*
*Samuel Gartner*   *Sam's West, Inc.*

*Samuel Gartner v. Sam's West, Inc.*
Case No. **2:20-cv-00896-APG-VCF**

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 16th day of December, 2020.

_____
**UNITED STATES DISTRICT JUDGE**